IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JOELYN AGUAYO DIAZ

DEBTOR(S)

CASE NO. 20-02865-BKT

CHAPTER 13

**AMENDED DOCUMENT**

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period (years) is: 5

2. The liquidation value of the estate is :$ 0.00

3. The general unsecured pool is :$ 0.00

PLAN DATE: July 21, 2020          PLAN BASE: $28,500.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 9/24/2020

[ ] FAVORABLE            [X] UNFAVORABLE

1. [X] FAILS SECTION 1325(a)(9):

• State Tax Returns: Debtor has failed to provide evidence of the filing of 2016 PR tax return pursuant to 1325(a)(9). Counsel requested 30 days to file the tax return and provide evidence of the filing.

[X] OTHER:

1) Plan does not provide for priority claim filed by Hacienda, POC 3 -1 ($330.59). 2) Part 4.4 of plan does not provide for priority Claim No. 3 filed by Dept. of Treasury. 3) Pending adjudicating for Objection to confirmation and Motion to dismiss filed by US Trustee on 9-17-2020, docket no. 13.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

/s/ Osmarie Navarro Martínez
Osmarie Navarro Martínez

Atty: ROBERTO FIGUEROA

USDC # 222611
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - DR