IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JOELYN AGUAYO DIAZ

DEBTOR(S)

CASE NO. 20-02865-BKT

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period (years) is: 5

2. The liquidation value of the estate is :$ 0

3. The general unsecured pool is :$ 0

AMENDED PLAN DATE: September 28, 2020          PLAN BASE: $28,500.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 10/6/2020

☐ FAVORABLE                    [X] UNFAVORABLE

[X] OTHER:

Pending adjudication of United States Trustee's objection to confirmation of plan and Motion to Dismiss Case at dkt#16. Debtor filed Motion requesting extension of time dkt#19 to Reply objection to confirmation and motion to dismiss.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

/s/ Osmarie Navarro Martínez
Osmarie Navarro Martínez

Atty: ROBERTO FIGUEROA

USDC # 222611
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CM - SR