**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**JOELYN AGUAYO DIAZ**<br>**aka JOYLIN AGUAYO DIAZ**<br><br>xxx–xx–2867<br><br><br>Debtor(s) | Case No. **20–02865 MCF**<br><br>Chapter **13**<br><br><br>FILED & ENTERED ON 11/16/20 |

### NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST

Please take notice that the instant case has been reassigned to the Honorable Mildred Caban Flores, U.S. Bankruptcy Judge.

Notice is also given that hearing on Confirmation hearing of Chapter 13 Plan has been rescheduled for 12/10/20 at 09:00 AM via Microsoft Teams Video &, Audio Conferencing, and/or Telephonic Hearings.

In San Juan, Puerto Rico, this **Monday, November 16, 2020**.

*[signature]*
MARIA DE LOS ANGELES GONZALEZ, ESQ.
Clerk of the Court

By:*ALVIN CENTENO GONZALEZ*
Deputy Clerk